**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-1241**

———————————

GLADIS MERCEDES AMAYA-DIAZ; E.J.A.D.,

       Petitioners,

      v.

MERRICK B. GARLAND, Attorney General,

       Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————————

Submitted:  November 20, 2023           Decided:  January 4, 2024

———————————

Before WYNN and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

**ON BRIEF:** Vincent Rivas-Flores, KONARE LAW, Frederick, Maryland, for Petitioner. Brian Boynton, Principal Deputy Assistant Attorney General, Brianne Whelan Cohen, Senior Litigation Counsel, Matthew A. Spurlock, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gladis Mercedes Amaya-Diaz and her minor child, natives and citizens of Honduras, petition for review of an order of the Board of Immigration Appeals dismissing Amaya-Diaz's appeal from the Immigration Judge's denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and Amaya-Diaz's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Amaya-Diaz* (B.I.A. Feb. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
